PROB 12C
(6/16)

Report Date: June 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gonzalez                    Case Number: 0980 1:14CR02012-SAB-1

Address of Offender: ███████████ Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 3, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: | August 11, 2021 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: | August 10, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On August 16, 2021, supervised release conditions were reviewed and signed by Mr. Gonzalez, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**:  Mr. Gonzalez is considered to be in violation of his supervised release conditions by being arrested for possessing a controlled substance (fentanyl) with intent to distribute to another person, in violation of 21 U.S.C. § 841(a)(1), on or about June 12, 2025, per complaint in docket number 1:25MJ04121-ACE-1, filed on June 13, 2025.<br><br>On June 12, 2025, the Drug Enforcement Administration (DEA) Yakima Resident Office (RO) and the Tri-Cities RO, executed the federal search warrant at 624½ 4th Street in Grandview, Washington.  Mr. Gonzalez was located and detained at this residence.<br><br>After the residence was secured, DEA personnel conducted a subsequent search of the residence and ultimately located two brick style packages wrapped in duct tape, contained in two separate gallon style zip-lock bags.  The suspected narcotics field tested positive for fentanyl. The two brick style packages containing the suspected fentanyl weighed a total of approximately 1,615.3 grams (gross packaging weight). |

Prob12C
Re: Gonzalez, Fernando
June 17, 2025
Page 2

        Also located in the same closet and immediate area where the suspected narcotics were located, was a firearm, (S&W MP .9mm S/N: WCB7689) ,along with various documents that displayed the name of Fernando Gonzalez and a large amount of undetermined U.S. currency.

2     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

     **Supporting Evidence**: Mr. Gonzalez is considered to be in violation of his supervised release conditions by being arrested for possessing a firearm in furtherance of a drug-trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A), on or about June 12, 2025, per complaint in docket number 1:25-MJ-04121-ACE-1 filed on June 13, 2025.

     Please refer to violation number 1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 17, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stan Bastian* (signature)

Signature of Judicial Officer

6/17/2025

Date